IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:94cr25-MHT
                            )          (WO)
JAJA ZAMBROWSKI DAVIS       )
```

ORDER

It is ORDERED that defendant Jaja Zambrowski Davis's motion for retroactive application of U.S. Sentencing Guidelines to crack cocaine offense (doc. no. 1165) is denied.   The relief he requests has already been afforded.  See Order (doc. no. 1163).

DONE, this the 9th day of June, 2015.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE