IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:94cr25-MHT |
| | ) | (WO) |
| JAJA ZAMBROWSKI DAVIS | ) | |

CORRECTED OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered May 7, 2015 and after an independent and de novo review of the record, it is ORDERED as follows:

(1) The motion of the court pursuant to 18 U.S.C. § 3582(c)(2) is granted.

(2) **Defendant Davis's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 355 months (240 months on count 1s, and 115 months on count 17s, to run consecutive to count 1s) is reduced to 294 months (240 months on count 1s, and 54 months on count 17s, to run consecutive to count 1s).**

(3) **This order will not be effective until November 1, 2015.**

DONE, this the 27th day of July, 2015.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**